Argued and submitted October 1, reversed and remanded October 31, 2001

STATE OF OREGON,
acting by and through the
DEPARTMENT OF HUMAN RESOURCES,
*Respondent,*
*and*

Keme BRAMWELL,
*Plaintiff,*

*v.*

Erik ANDERSEN,
nka Erik Elder,
*Appellant,*
*and*

Peder ANDERSEN,
nka Peder Elder,
*Co-Respondent below.*

9108-66723; A111413

33 P3d 1070

Michael R. Sahagian argued the cause and filed the brief for appellant.

Kathryn T. Garrett, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

In this child support proceeding, father appeals from a judgment amending his child support obligation. The state concedes that the trial court erred. We review *de novo*, ORS 19.415(3), accept the state's concession, and reverse and remand.[1]

Father first assigns error to the trial court's rejection of a collateral attack on a prior stipulated judgment establishing paternity. Father has failed to establish the necessary requisites for setting aside a stipulated judgment, and we reject his arguments without further discussion.

In his second assignment of error, father argues that the trial court erred in determining the amount of his support obligation. The state concedes that the trial court incorrectly calculated father's child support obligation. We accept the state's concession that, in this case, the trial court erred in considering a third-party's income in calculating father's support obligation as a noncustodial parent.

Reversed and remanded.

---

[1] A discussion of the particular facts and circumstances in this case would not benefit either the bench or the bar.